AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dow, Dennis R. | US Bankruptcy Ct-W Dist MO | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Charles E Whittaker United States Courthouse
400 E 9th St, Room 6562
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Secretary, Executive Committee Member | American Bankruptcy Institute |
| 2. | At-large member of the Board of Governors | National Conference of Bankruptcy Judges |
| 3. | Member Board of Directors | CARE |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Trinity Management LLC - Salary reported on Form W-2 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | March 4, 2018-March 6, 2018 | New York, NY | Duberstein Moot Court Competition | Transportation & Meals |
| 2. | American College of Bankruptcy | March 15, 2018-March 17, 2018 | Washington, DC | Indcution Ceremony | Transportation, Meals & Lodging |
| 3. | The Missouri Bar | March 21, 2018 | Columbia, MO | Annual Bankruptcy Institute | Meals & Lodging |
| 4. | American College of Bankruptcy | April 13, 2018 | Minneapolis, MN | Dreher Lecture | Transportation & Meals |
| 5. | American Bankruptcy Institute | April 18, 2018-April 22, 2018 | Washington, DC | Annual Spring Meeting | Transportation & Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Dow, Dennis R.** | 05/14/2019 |

| | | | | |
|---|---|---|---|---|
| 6. | National Association of Ch. 13 Trustees | June 27, 2018-June 29, 2018 | Miami, FL | 2018 Annual NACTT Seminar | Transportation & Meals |
| 7. | American Bankruptcy Institute | September 5, 2018-September 6, 2018 | Las Vegas, NV | Executive Committee Meeting | Transportation & Meals |
| 8. | American Bankruptcy Institute | September 20, 2018-September 21, 2018 | Washington, DC | Views from the Bench | Transportation & Meals |
| 9. | National Conference of Bankruptcy Judges | October 27, 2018-October 31, 2018 | San Antonio, TX | 92nd Annual Conference | Transportation & Lodging |
| 10. | American Bankruptcy Institute | December 5, 2018-December 8, 2018 | Scottsdale, AZ | Winter Leadership Conference | Transportation & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. United Missouri Bank (UMB) Accounts | A | Interest | M | T | | | | | |
| 2. The New England Variable Life Insurance Policies: (H) | | | | | | | | | |
| 3. WMC Core Equity Opp | A | Dividend | J | T | | | | | |
| 4. American Funds Growth Fund | A | Dividend | J | T | | | | | |
| 5. American Funds Gro-Inc | A | Dividend | J | T | | | | | |
| 6. MFS Research Intl | A | Dividend | J | T | | | | | |
| 7. Lmis Say SmCap Core | A | Dividend | J | T | | | | | |
| 8. MFS Value Portfolio | A | Dividend | J | T | | | | | |
| 9. The Metropolitan Life Insurance Co Whole Life Insurance Policies | B | Dividend | M | T | | | | | |
| 10. Investment Account #1-Fidelity (H) | | | | | | | | | |
| 11. Fidelity cash | A | Interest | J | T | | | | | |
| 12. Columbia Seligman Com and Info CL I2 | A | Dividend | K | T | | | | | |
| 13. American Europacific Growth Fund F3 | A | Dividend | K | T | | | | | |
| 14. The Growth Fund of America F3 | A | Dividend | J | T | | | | | |
| 15. Natixis US Equity Opportunities CL Y | A | Dividend | K | T | | | | | |
| 16. The New Economy Fund F3 | A | Dividend | K | T | | | | | |
| 17. American Small Cap World Fund F3 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Templeton Developing Markets Ttrust R6 | A | Dividend | J | T | | | | | |
| 19. Fidelity Momentum Factor ETF | A | Dividend | J | T | Buy | 10/16/18 | J | | |
| 20. Rollover IRA #3-Fidelity (H) | | | | | | | | | |
| 21. Blackrock Commodity Strategies Fund CL I | B | Dividend | L | T | Buy (add'l) | 06/15/18 | K | | |
| 22. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 23. Delaware Emerging Mkts FD Institut CL | A | Dividend | M | T | Buy (add'l) | 06/15/18 | K | | |
| 24. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 25. | | | | | Buy (add'l) | 11/02/18 | K | | |
| 26. Oakmark Intl Investor CL | B | Dividend | L | T | Buy (add'l) | 06/15/18 | K | | |
| 27. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 28. | | | | | Buy (add'l) | 11/02/18 | K | | |
| 29. Eaton Vance Floating Rate Class I | D | Dividend | M | T | Buy (add'l) | 08/10/18 | L | | |
| 30. Morgan Stanley Instl High Yield CL I | C | Dividend | L | T | Buy | 09/27/18 | L | | |
| 31. PIMCO Income Fund Institutional Fund | C | Dividend | L | T | | | | | |
| 32. Fidelity MSCI Real Estate Index ETF | C | Dividend | L | T | Buy (add'l) | 02/28/18 | J | | |
| 33. Fidelity MSCI Utils Index ETF | A | Dividend | | | Buy (add'l) | 02/14/18 | J | | |
| 34. | | | | | Buy (add'l) | 02/28/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 05/10/18 | L | A | |
| 36. Ishares Core S&P Mid Cap ETF | B | Dividend | L | T | Sold (part) | 12/06/18 | L | D | |
| 37. Ishares TR NASDAQ Biotech | A | Dividend | | | Sold | 02/07/18 | K | B | |
| 38. Ishares Core S&P US Growth ETF | B | Dividend | M | T | | | | | |
| 39. Ishares Core S&P Small Cap ETF | B | Dividend | M | T | Buy (add'l) | 08/16/18 | J | | |
| 40. Ishares TR EAFE Sml CP ETF | B | Dividend | | | Sold | 02/07/18 | L | D | |
| 41. Ishares Edge MSCI Min Vol USA ETF | C | Dividend | M | T | | | | | |
| 42. Ishares Trust Core Divid Gwth | C | Dividend | M | T | Buy (add'l) | 10/10/18 | J | | |
| 43. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 44. Ishares Trust Currency Hedged MSCI EAFE ETF | A | Dividend | | | Sold | 01/02/18 | N | D | |
| 45. Ishares TR JP Mor EM MK ETF | A | Dividend | | | Buy (add'l) | 05/16/18 | J | | |
| 46. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 47. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 48. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 49. | | | | | Sold (part) | 11/05/18 | M | A | |
| 50. | | | | | Sold | 11/23/18 | K | A | |
| 51. Ishares TR Fltg Rate NT ETF | A | Dividend | | | Sold | 08/13/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ishares TR Core Total USD | A | Dividend | | | Sold (part) | 05/16/18 | J | A | |
| 53. | | | | | Sold (part) | 06/18/18 | M | A | |
| 54. | | | | | Sold (part) | 08/03/18 | L | A | |
| 55. | | | | | Sold (part) | 08/16/18 | L | A | |
| 56. | | | | | Sold | 09/28/18 | L | A | |
| 57. Ishares TR S&P US PFD Stk | A | Dividend | | | Buy (add'l) | 02/14/18 | J | | |
| 58. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 59. | | | | | Sold (part) | 11/06/18 | J | A | |
| 60. | | | | | Sold | 11/23/18 | J | A | |
| 61. Fidelity Treasury Money Market Fund | A | Dividend | | | Closed | 01/02/18 | J | | |
| 62. Fidelity Government Cash Reserves | B | Dividend | L | T | Open | 01/02/18 | J | | |
| 63. Fidelity MSCI Finls Index ETF | B | Dividend | L | T | Buy | 05/10/18 | L | | |
| 64. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 65. Fidelity MSCI Heatlh Care Index ETF | B | Dividend | M | T | Buy | 08/03/18 | L | | |
| 66. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 67. | | | | | Buy (add'l) | 11/06/18 | K | | |
| 68. Fidelity MSCI Indl Index ETF | A | Dividend | K | T | Buy | 02/08/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/26/18 | K | C | |
| 70. Fidelity MSCI Information Technology Index ETF | A | Dividend | L | T | Buy | 12/12/18 | L | | |
| 71. Fidelity Momentum Factor ETF | A | Dividend | K | T | Buy | 10/18/18 | K | | |
| 72. | | | | | Buy (add'l) | 11/21/18 | K | | |
| 73. Ishares Trust Core MSCI EAFE ETF | B | Dividend | K | T | Buy | 11/05/18 | K | | |
| 74. Ishares Inc Core MSCI Emergin Mkts ETF | B | Dividend | K | T | Buy | 11/05/18 | K | | |
| 75. Matthews India Fund Institutional | A | Dividend | | | Buy | 09/25/18 | K | | |
| 76. | | | | | Sold | 10/09/18 | K | A | |
| 77. Section 529 Plan #1 (H) | | | | | | | | | |
| 78. American Funds College 2027 Fund 529C | A | Dividend | J | T | | | | | |
| 79. Section 529 Plan #2 (H) | | | | | | | | | |
| 80. American Funds College 2030 Fund 529C | A | Dividend | J | T | | | | | |
| 81. Section 529 Plan #3 (H) | | | | | | | | | |
| 82. American Funds College 2033 Fund 529C | A | Dividend | J | T | Buy | 08/29/18 | J | | |
| 83. Section 529 Plan #4 (H) | | | | | | | | | |
| 84. American Funds College 2033 Fund 529C | A | Dividend | J | T | Buy | 08/29/18 | J | | |
| 85. Trust #1 Beneficial Interest | A | Dividend | | | Closed | 12/31/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Roth IRA #1-Fidelity (H) | | | | | | | | | |
| 87. Fidelity Government Cash Reserves | A | Dividend | J | T | Open | 03/16/18 | J | | |
| 88. Fidelity MSCI Information Technology Index ETF | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 89. Fidelity Momentum Factor ETF | A | Dividend | J | T | Buy | 10/16/18 | J | | |
| 90. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 91. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 92. Ishares Core S&P 500 ETF | A | Dividend | J | T | Buy | 09/07/18 | J | | |
| 93. Ishares Core S&P Mid Cap ETF | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 94. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 95. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 96. | | | | | Sold (part) | 12/06/18 | J | A | |
| 97. Ishares Core S&P US Growth ETF | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 98. | | | | | Sold | 09/07/18 | J | A | |
| 99. | | | | | Buy | 11/01/18 | J | | |
| 100. Ishares Core S&P Small Cap E | A | Dividend | J | T | Buy | 09/07/18 | J | | |
| 101. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 102. | | | | | Buy (add'l) | 11/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Ishares Trust Core MSCI EAFE ETF | A | Dividend | J | T | Buy | 10/29/18 | J | | |
| 104.  Ishares Inc Core MSCI Emerging Mkts ETF | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 105. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 106. | | | | | Sold (part) | 09/07/18 | J | A | |
| 107. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 108.  Fidelity MSCI Real Estate Index ETF | A | Dividend | | | Buy | 03/29/18 | J | | |
| 109. | | | | | Sold (part) | 08/24/18 | J | A | |
| 110. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 111. | | | | | Sold | 10/29/18 | J | A | |
| 112.  Fidelity MSCI Health Care Index ETF | A | Dividend | | | Buy | 03/29/18 | J | | |
| 113. | | | | | Sold (part) | 09/07/18 | J | A | |
| 114. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 115. | | | | | Sold | 10/29/18 | J | A | |
| 116.  Ishares Trust Core Divid Gwth | A | Dividend | | | Buy | 03/29/18 | J | | |
| 117. | | | | | Sold (part) | 09/07/18 | J | A | |
| 118. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 119. | | | | | Buy (add'l) | 10/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 10/29/18 | J | A | |
| 121. Fidelity MSCI Finls Index ETF | A | Dividend | | | Buy | 08/27/18 | J | | |
| 122. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 123. | | | | | Sold | 10/29/18 | J | A | |
| 124. Matthews India Fund Institutional | A | Dividend | | | Buy | 09/06/18 | J | | |
| 125. | | | | | Sold | 10/09/18 | J | A | |
| 126. Harding Loevner Intl Equity Port Instl | A | Dividend | | | Buy | 09/06/18 | J | | |
| 127. | | | | | Sold | 10/26/18 | J | A | |
| 128. Columbia Emergin Markets Fund C1 12 | A | Dividend | | | Buy | 09/06/18 | J | | |
| 129. | | | | | Sold | 10/26/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The Lmis Say SmCap Growth and MetArt Mid Cap Value investments included within the header The New England Variable Life Insurance Policies were sold in 2017 and, therefore, they do not appear in the 2018 report.

2. The whole life insurance policies previously labeled as The New England Whole Life Insurance Policies were renamed as The Metropolitan Life Insurance Co Whole Life Insurance Policies. There was no change in the actual policies in force in 2017 and 2018, this was simply a clarification of the naming for these life insurance policies.

3. The Davis New York Venture Class A investment included under the header Investment Account #1-Fidelity in 2017 was sold in November 2017 and, therefore, the investment does not appear in the 2018 report.

4. The Ishares TIPS Bond ETF investment included under the header Rollover IRA #3-Fidelity was sold in December 2017 and, therefore, the investment does not appear in the 2018 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Dennis R. Dow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544